UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ,<br>Secretary of Labor,<br>United States Department of Labor, | )<br>)<br>) | FILE NO. |
| Plaintiff, | )<br>)<br>) | _____ |
| v. | )<br>) | |
| AL QADERI, INC. d/b/a MARATHON GAS<br>STATION and MUJAHED ELBOOZ,<br>  an Individual, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | **C O M P L A I N T**<br>**(Injunctive Relief Sought)** |

Plaintiff brings this action pursuant to § 17 of the Act, 29 U.S.C. § 217, to have Al Qaderi, Inc. d/b/a/ Marathon Gas Station ("Marathon") and Mujahed Elbooz ("Elbooz") enjoined from violating the provisions of §§ 6, 7, 11(c), 15(a)(2), 15(a)(3), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., hereinafter the Act; and, pursuant to § 16(c) of the Act, 29 U.S.C. § 216(c), to recover unpaid minimum and overtime wages, together with an equal amount as liquidated damages.

I

This Court has jurisdiction over this action pursuant to Sections 16(c) and 17 of the Act, 29 U.S.C. §§ 216 and 217, and 28 U.S.C. §§ 1331 (federal question) and 1345 (United States as plaintiff).

Venue lies in the United States District Court, Middle District of Florida, pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to

the instant claims occurred in this district.

II

A.      Defendant Marathon, at all times hereinafter mentioned, has been a corporation having a place of business and doing business in Hillsborough County, Florida, within the jurisdiction of this Court.

B.      Defendant Elbooz, at all times hereinafter mentioned, acted directly or indirectly in the interest of Defendant Marathon in relation to their employees, and therefore is an employer within the meaning of § 3(d) of the Act, 29 U.S.C. § 203(d).  Elbooz makes final decisions on the operation of the enterprise including but not limited to scheduling, staffing, hiring and firing.

C.      Defendants Marathon and Elbooz are both persons within the meaning of Section 3(a) of the Act, 29 U.S.C. § 203(a).

III

At all times hereinafter mentioned:

A.      Defendants Marathon and Elbooz (collectively "Defendants"), engaged in related activities performed either through unified operation or common control for a common business purpose, constitute an enterprise within the meaning of § 3(r) of the Act, 29 U.S.C. § 203(r); and

B.      Such enterprise, employing employees engaged in commerce or in the production of goods for commerce, or employees handling, selling or otherwise working on goods or materials that have been moved in or produced for commerce, and having an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes

2

at the retail level which are separately stated), constitutes an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of § 3(s)(1)(A) of the Act, 29 U.S.C. § 203(s)(1)(A).

IV

Since January 6, 2014, Defendants repeatedly violated the provisions of §§ 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), by failing to pay employees, including drivers and helpers, employed in an enterprise engaged in commerce or in the production of goods for commerce, the applicable minimum hourly rate.

V

Since January 6, 2014, Defendants repeatedly violated the provisions of §§ 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), by employing employees in an enterprise engaged in commerce or in the production of goods for commerce, for workweeks longer than 40 hours without compensating such employees, including drivers and helpers, for their employment in excess of such hours at rates not less than one and one-half times the regular rates at which they were employed.

VI

Since January 6, 2014, Defendants, employers subject to the provisions of the Act, repeatedly violated the provisions of §§ 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), and Regulations found at 29 C.F.R. § 516 by failing to make, keep and preserve adequate and accurate records of the persons employed and of the wages, hours and other conditions and practices of employment maintained by them, as prescribed in the aforesaid Regulations.

VII

Since at least January 18, 2016, Defendants, employers subject to the provisions of the Act, violated the provisions of Section 15(a)(3) of the Act, 29 U.S.C. § 215(a)(3), by intentionally discriminating against their employees because of their exercise of rights secured by the Act, including, but not limited to filing an FLSA complaint, or instituting or causing to be instituted any proceeding under or related to the Act, for testifying or being ready to testify in such proceeding, by, among other things, instructing employees to give false statements of their hours and rates of pay to the Secretary and ordering their employees to return to Defendants any back wages paid to them by Defendants.

VIII

WHEREFORE, cause having been shown, Plaintiff prays for Judgment pursuant to § 17 of the Act, 29 U.S.C. § 217, permanently enjoining Defendants, their agents, servants, employees and all persons in active concert or participation with them from violating the provisions of §§ 6(a), 7(a), 11(c), and 15(a)(3) of the Act and pursuant to § 16(c) of the Act, 29 U.S.C. § 216(c), awarding back wages for a period of two (2) years prior to the commencement of this action, and an additional equal amount as liquidated damages to employees (as named in Appendix "A" attached hereto and made a part hereof and such other employees as hereafter may be identified and named prior to or at trial); and for such other and further relief as may be necessary and appropriate including costs of this action.

Respectfully submitted this 8th day of July, 2016.

| | |
|---|---|
| ADDRESS:<br>Office of the Solicitor<br>U.S. Department of Labor | M. PATRICIA SMITH<br>Solicitor of Labor |

| | |
|---|---|
| 61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303<br>Telephone:  404.302.5435<br>Facsimile:  404.302.5438<br><br>E-mail:  ATL.Fedcourt@dol.gov<br>          moukalif.monica.r@dol.gov<br>          walter.robert@dol.gov | STANLEY E. KEEN<br>Regional Solicitor<br><br>ROBERT L. WALTER<br>Counsel<br><br>CHANNAH S. BROYDE<br>Counsel<br><br>*s/ Monica R. Moukalif*<br>MONICA R. MOUKALIF<br>Trial Attorney<br><br>Attorneys for Plaintiff, Thomas E. Perez,<br>Secretary of Labor, United States<br>Department of Labor |

SOL Number: 16-00330